IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THOMAS V. RYBURN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 14 C 4308 |
| | ) |
| SALIM OBASI, et al., | ) |
| | ) |
| Defendants. | ) |

## MEMORANDUM ORDER

On July 10, 2017 plaintiff Thomas Ryburn ("Ryburn") filed a letter (Dkt. No. 143) that this Court has found difficult to decipher, both because of the nature of Ryburn's cursive writing and because of its puzzling content. For Ryburn's information, the scheduled June 22 status hearing to which he refers was cancelled because this Court unexpectedly had to undergo major surgery on June 8. In the meantime a copy of Ryburn's letter is being transmitted to Ryburn's designated counsel, Daniel Madigan, so that Ryburn's difficult-to-follow submission can be presented in an intelligible form.

_____
Milton I. Shadur
Senior United States District Judge

Date: July 18, 2017