# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| **THOMAS V. RYBURN**, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 14 C 4308 |
| | ) | |
| **SALIM OBASI**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## <u>MEMORANDUM ORDER</u>

On July 18, 2017 this Court issued a brief memorandum order (Dkt. No. 144) that, because it found the pro se submission tendered by Thomas Ryburn ("Ryburn") "difficult to decipher, both because of the nature of Ryburn's cursive writing and because of its puzzling content," directed Ryburn's designated counsel, Daniel Madigan, to present Ryburn's position in an intelligible form. Nothing has been heard from attorney Madigan since then, and a review of the case docket lists, as the only post-July-18 entries, two September 2017 submissions filed by counsel for <u>defendants</u> (Dkt. Nos. 145 and 146).

Meanwhile this Court's review of the case docket and of its retained chambers file has confirmed that the case has been dormant in terms of judicial action (and, for that matter, action by attorney Madison) for several months, and this Court is simply not in a position to continue to handle the case actively because of its total lack of staffing other than its invaluable judicial assistant Mary Ann Braasch (who obviously cannot provide the necessary assistance ordinarily supplied by law clerks). Accordingly this Court is now requesting the District Court's Executive

Committee to reassign this action to one of its colleagues under the customary computer-dictated procedure.

_____
Milton I. Shadur
Senior United States District Judge

Date:  September 20, 2017